[No. 29314-1-I.   Division One.   July 12, 1993.]

KUM OK SHIN, *Appellant*, v. DAVID M. REMER,
ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 90-2-06367-2, John F. Wilson, J., entered September 13, 1991. *Reversed* by unpublished opinion per Sweeney, J., concurred in by Webster, C.J., and Scholfield, J.

[No. 30220-5-I.   Division One.   July 12, 1993.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN L. DARWIN, ET AL, *Defendants*, INDIANA LUMBERMENS MUTUAL INSURANCE COMPANY, *Appellant*.

Appeal from a judgment of the Superior Court for Whatcom County, No. 88-1-00203-0, Michael F. Moynihan, J., entered January 30, 1992. *Reversed* by unpublished opinion per Baker, J., concurred in by Pekelis, A.C.J., and Scholfield, J. Now published at 70 Wn. App. 875.

[No. 26599-7-I.   Division One.   July 12, 1993.]

THE CITY OF SEATTLE, *Respondent*, v. BETTY PILLER, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 89-1-06773-7, George A. Finkle, J., entered July 3, 1990. *Affirmed* by unpublished per curiam opinion.